NO. 07-04-0347-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

NOVEMBER 29, 2004

_____

IN THE MATTER OF TONY GIBBS
_____

FROM THE 137TH DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2003-760,757; HONORABLE MARK C. HALL, JUDGE

_____

Before JOHNSON, C.J., and QUINN and REAVIS, JJ.

**MEMORANDUM OPINION**

On November 22, 2004, appellant filed a Motion to Dismiss Appeal signed by both appellant, appellant's mother and appellant's attorney.

Accordingly, without passing on the merits of the case, appellant's Motion to Dismiss Appeal is granted and the appeal is hereby dismissed.  Rule 42.1(a).

Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Phil Johnson
Chief Justice